AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plaintiff,
   v.
ERNESTINA ANTONIA FRANCO,
        Defendant.

**APPEARANCE**

Case Number: 08MJ8210

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
ERNESTINA ANTONIA FRANCO

I certify that I am admitted to practice in this court.

3/11/2008
Date

/s/ SHAFFY MOEEL
Signature

Shaffy Moeel / Federal Defenders of SD     238732
Print Name     Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City     State     Zip Code

(619) 234-8467     (619) 687-2666
Phone Number     Fax Number

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: March 11, 2008                                      /s/ Shaffy Moeel
                                                                       SHAFFY MOEEL
                                                                       Federal Defenders of San Diego, Inc.
                                                                       225 Broadway, Suite 900
                                                                       San Diego, CA 92101-5030
                                                                       (619) 234-8467  (tel)
                                                                       (619) 687-2666  (fax)
                                                                       e-mail: Shaffy_Moeel@fd.org