## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | | | | |
|---|---|---|---|---|
| U.S.A. vs. | VIRGINIA SOTO-CUEVAS | | No. | 08MJ8210 |
| HON. | PETER C. LEWIS | Tape No. | PCL08-1-13:10-13:18 | (1 min this matter) |
| Asst. U.S. Attorney | JOHN F. WEIS | PTSO | | |

| | | | | | | | # | Status |
|---|---|---|---|---|---|---|---|---|
| Atty | MATTHEW HAGEN FD S/A FOR SHAFFY MOEEL FD N/A | X | Apt | Ret | for | ERNESTINA ANTONIA FRANCO | (2) | (C) |

PROCEEDINGS:   ___ In Chambers   X  In Court   ___ By Telephone

Preliminary Hearing as to ERNESTINA ANTONIA FRANCO (2) - Not held.

Bond Hearing as to ERNESTINA ANTONIA FRANCO (2) - Vacated.

Gov't Oral Motion to Dismiss Without Prejudice ERNESTINA ANTONIA FRANCO (2) - Granted.

Date   3/20/08

Maria J. Mirabella for Teresa Romero
Deputy's Initials