# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 08mj8210 |
| vs | ) | ABSTRACT OF ORDER |
| Ernestina Antonia Franco | ) | Booking No. 06082298 |
| | ) | @ ICS 883 018 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3/20/08__ the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

✓ _____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ _____ Other. __Govt oral motn to Dismiss__

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by Teresa Alvarez Romero
Deputy Clerk

Received _____
DUSM

Crim-9   (Rev 6-95)   ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY